RECEIVED

JAN - 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARMAND NARRINGTON (Register Number: 60635-019) | DOCKET NO. 15-cv-1830; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| R. PERRY, ET AL. | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(e)(2)(B) and 1915A, *except for Plaintiff's claims against Defendant R. Perry.*

**THUS ORDERED AND SIGNED**, at Alexandria, Louisiana, on this 7th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE