RECEIVED

OCT 25 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ARMARD NORRINGTON | CIVIL ACTION 1:15-CV-01830 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| C.O. R. PERRY, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant Perry's unopposed motion for summary judgment (Doc. 45) is **GRANTED** and Plaintiff Norrington's action is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 25th day of October, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE